as administratrix, etc., of Edward H. Hebert, deceased, against the Hudson River Electric Company.

PER CURIAM. Order affirmed, with costs to respondent to abide event.

CHESTER, J., concurs, on the ground that the verdict is excessive.

HEILMAN v. VAN NORDEN TRUST CO. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by Marie S. Heilman against the Van Norden Trust Company. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

HODGES, Respondent, v. POWELL, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by William L. Hodges against Ida T. M. Powell. No opinion. Judgment affirmed, with costs.

HOFFMAN, Respondent, v. WILLIAM R. JENKINS CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Louis Hoffman against the William R. Jenkins Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOFFMAN, Respondent, v. WILLIAM R. JENKINS CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Louis Hoffman against the William R. Jenkins Company. No opinion. Motion denied, with $10 costs.

HOLMES, Plaintiff, v. DELAWARE & H. CO., Defendant. (Supreme Court, Appellate Division, Third Department. November 25, 1908.) Action by Christopher A. Holmes, an infant, by George H. Holmes, his guardian ad litem, against the Delaware & Hudson Company. No opinion. Motion denied. See, also, 128 App. Div. 24, 112 N. Y. Supp. 421.

In re HOWLAND. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) In the matter of the application of William W. Howland to discontinue a portion of a highway in the town of Manchester, etc. No opinion. Order affirmed, without costs of this appeal to either party.

HOYER et al., Respondents, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by John B. Hoyer and another against the Buffalo, Lockport & Rochester Railway Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not sitting.

HUDSON TRUST CO., Appellant, v. W. C. PRATHER CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by the Hudson Trust Company against the W. C. Prather Company. V. E. Whitlock, for appellant. W. B. Ellison, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM and HOUGHTON, JJ., dissent.

HUMPHREYS, Respondent, v. DOUGLAS FIR LUMBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by George Humphreys against the Douglas Fir Lumber Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HUSTED REALTY CO., Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by the Husted Realty Company against the city of New York and others. No opinion. Judgment affirmed, with costs.

IRWIN, Respondent, v. GRAND TRUNK RY. CO. OF CANADA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November· 25, 1908.) Action by William F. Irwin, as administrator, etc., against the Grand Trunk Railway Company of Canada.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that all the issues in the case, including the question of damages, must be determined under the laws of Canada, and that the finding of the jury that the plaintiff was entitled to compensatory damages in this case is contrary to and against the weight of the evidence.

SPRING and ROBSON, JJ., dissent, upon the ground that whether the plaintiff was entitled to compensatory damages under the Canadian law was a question of fact for the jury, and was properly disposed of by it.

ISAACS et al., Appellants, v. MUTUAL RESERVE LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Stanley M. Isaacs and another against the Mutual Reserve Life Insurance Company. L. Marshall, for appellants. No opinion. Judgment affirmed, with costs. Order filed.

ISLEY v. GILBERT et al. (Supreme Court, Appellate Division, Second Department, December 30, 1908.) Appeal from Special Term, Kings County. Action by John Isley against Maurice Gilbert and another. From an order opening a default in answering, and vacating a judgment, plaintiff appeals. Affirmed. Charles Foley, for appellant. Harry Cook, for respondent Gilbert., Alonzo G. McLaughlin (Leo C. Stern, on the brief), for respondent Brooklyn & Long Island Realty Company.

GAYNOR, J. This is an appeal by the plaintiff from an order opening a default to answer, and vacating the judgment, which is to foreclose a mechanic's lien. The attorney for the plaintiff seeks to cast odium on the learned judge who made the order by saying that he granted the motion notwithstanding that anoth-